UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-61843-Civ-Cooke/Turnoff

KATHERINE W. YOUNG,

    Plaintiff,

v.

SKO BRENNER AMERICAN, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntary dismisses this action with prejudice.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:   11-61843-Civ-Cooke/Turnoff

KATHERINE W. YOUNG,

    Plaintiff,

v.

SKO BRENNER AMERICAN, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. John R. Lunn, Chief Operating Officer
SKO Brenner American, Inc.
Post Office Box 9320
Baldwin, NY 11510
Telephone: 516-771-4400
Facsimile: 516-771-7810

Via U.S. Mail and Electronic Filing.