UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61843-Civ-COOKE/TURNOFF

KATHERINE W. YOUNG,

 Plaintiff
vs.

SKO BRENNER AMERICAN, INC.,

 Defendant.
_____/

### ORDER OF COURT-MANDATED REQUIREMENTS IN FDCPA-BASED CASES

**THIS CAUSE** is before the Court upon the filing of an action under the Federal Fair Debt Collection Practices Act (FDCPA) by which the Plaintiff claims injury from abusive, deceptive, or unfair collections or credit practices. To assist the Court in managing the case, the Plaintiff is **ORDERED** to file, *within twenty-one days of the date of this Order*, a statement of claim, no more than three double-spaced pages in length, summarizing the conduct complained of, relief requested, and reasons therefore. Also within that allotted time, the Plaintiff shall serve a copy of this Order, the statement of claim, and copies of all documents supporting the claim (*e.g.* records, sworn affidavits) on the Defendant's counsel. The Plaintiff shall, on that same date, additionally file a notice of full compliance with this Order.

The Defendant, *within fourteen days of service of the Plaintiff's statement of claim*, is **ORDERED** to file with this Court a response to the Plaintiff's statement, also limited to three double-spaced pages in length, and provide the Plaintiff with copies of all documents supporting its defenses. Concurrently, the Defendant shall file a notice of full compliance with this Order.

The Parties are hereby advised that this case will be on the Court's FDCPA fast-track calendar pursuant to which trial shall be set 5 (five) months after the Plaintiff files the required

statement of claim.  Furthermore, barring the most extreme of compelling circumstances, ***the Court will not grant any motions for a continuance and/or extensions of time***.

*Failure to comply with this Order may result in default, dismissal, and/or sanctions.*

**DONE and ORDERED** in chambers, at Miami, Florida, this 20th day of September 2011.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*