UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61843-Civ-COOKE/TURNOFF

KATHERINE W. YOUNG,

    Plaintiff

vs.

SKO BRENNER AMERICAN, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* by the Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Pl.'s Notice of Voluntary Dismissal With Prejudice, ECF No. 4).  The Clerk is directed to **CLOSE** this matter

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of September 2011.

*(signature)*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*